Michael A. Hirst, Esq. CA Bar #131034
michael.hirst@hirstlawgroup.com
HIRST LAW GROUP, P.C.
200 B Street, Suite A
Davis, CA 95616
Tel: (530) 756-7700
Fax: (530) 756-7707

Mark A. Kleiman, Esq. CA Bar #115919
mkleiman@quitam.org
LAW OFFICES OF MARK KLEIMAN
2907 Stanford Avenue
Venice, CA 90292
Tel: (310) 306-8094
Fax: (310) 306-8491

Attorneys for Plaintiff-Relators
Richard Ricks and John Doe

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RICHARD RICKS AND JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>MENLO WORLDWIDE GOVERNMENT SERVICES, LLC, CON-WAY INC., ESTES FORWARDING WORLDWIDE LLC, ESTES EXPRESS LINES, and DOES 1 through 25,<br><br>Defendants. | 2:13-CV-0539 KJM-AC<br><br>**ORDER TO FILE COMPLAINT UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)**<br><br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |

/////

/////

/////

Order to File Complaint Under Seal

1  The Court having reviewed this matter, and pursuant to the authority set forth in the False
2  Claims Act, 31 U.S.C. § 3730(b)(2), hereby orders that the complaint in this action shall be filed
3  under seal.
4  IT IS SO ORDERED.
5  DATED: March 21, 2013.

_____
UNITED STATES DISTRICT JUDGE

Order to File Complaint Under Seal