# SEALED

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. RICHARD RICKS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MENLO WORLDWIDE GOVERNMENT SERVICES, LLC, et al.,<br><br>　　　　　　Defendants. | No.  2:13-cv-0539-KJM-AC<br><br><br>ORDER |

　　　　Upon consideration of the United States' *ex parte* application for a partial lifting of the seal, and for good cause shown, the court orders that the United States may, at its option, disclose the existence of this *qui tam* action along with the allegations raised by relators, and provide a copy of the complaint and any subsequent amended complaints,, to defendants Menlo Worldwide Government Services, LLC, Con-Way Inc., Estes Forwarding Worldwide LLC, and Estes Express Lines, as well as any additionally named defendants.  The complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by this Court.

　　　　IT IS SO ORDERED.

DATED:  May 7, 2015.

_____
UNITED STATES DISTRICT JUDGE