UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RICHARD RICKS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MENLO WORLDWIDE GOVERNMENT SERVICES, LLC, et al.,<br><br>    Defendants. | No. 2:13-cv-0539-KJM-AC<br><br><br>ORDER |

    On May 22, 2015, the United States applied for an order extending the deadline to decide whether to intervene and to extend the seal on the *qui tam* amended complaint. ECF No. 21. This is the fifth such request. Good cause appearing, the *ex parte* application is granted. The United States is allowed an extension of time to November 23, 2015, to notify the court of its decision regarding intervention. The seal on the *qui tam* action is likewise extended. However, given the multiple requests, the court orders the United States to include a detailed explanation of good cause in any future requests for extensions. *U.S. ex. rel. Costa v. Baker & Taylor, Inc.*, 955 F. Supp. 1188, 1190-91 (N.D. Cal. 1997)).

    IT IS SO ORDERED.

DATED: June 8, 2015.

                        UNITED STATES DISTRICT JUDGE

1