PHILLIP A. TALBERT
Acting United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ex rel. RICHARD RICKS and MARCELO CUELLAR,<br><br>Plaintiffs,<br><br>v.<br><br>MENLO WORLDWIDE GOVERNMENT SERVICES, LLC; MENLO LOGISTICS, INC.; CON-WAY INC.; XPO LOGISTICS, INC.; ESTES FORWARDING WORLDWIDE LLC; ESTES EXPRESS LINES; and DOES 1 through 25,<br><br>Defendants. | CASE NO. 2:13-CV-539 KJM AC<br><br>**ORDER ON THE UNITED STATES' AND RELATORS' JOINT STIPULATION OF VOLUNTARY DISMISSAL OF COUNTS I THROUGH III OF THIS ACTION** |

Upon consideration of the United States' and Relators' Joint Stipulation of Voluntary Dismissal of Counts I through III of this Action, pursuant to the terms of the Settlement Agreement between the parties and the Relator Share Agreement between the United States and Relators, and for good cause shown,

IT IS HEREBY ORDERED that Counts I through III of this action are hereby dismissed with prejudice as to Relators, and with prejudice as to the United States for the Covered Conduct as set forth in their Settlement Agreement with Defendants Menlo Worldwide Government Services, LLC; Menlo Logistics, Inc.; Con-Way Inc.; XPO Logistics, Inc.; Estes Forwarding Worldwide LLC; and Estes Express Lines;

/////

IT IS FURTHER ORDERED that Relator Cuellar's Counts IV and V, and both Relators' claims for their reasonable expenses, attorneys' fees and costs against Defendants under 31 U.S.C. § 3730(d)(1), shall remain pending and this Court shall retain jurisdiction over those claims until such time as those issues are fully and finally resolved.

IT IS SO ORDERED.

Dated:  May 5, 2016

_____
UNITED STATES DISTRICT JUDGE